■ In the Matter of George Melendez, Petitioner, v Commissioner of the Department of Corrections and Community Supervision, Respondent. [13 NYS3d 914]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier III disciplinary determination that found him guilty of interfering with an employee, refusing a direct order, making threats and a movement regulation violation. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to his inmate account. Petitioner is not entitled to be restored to the status that he enjoyed prior to the disciplinary determination (*see Matter of Raduns v Prack*, 122 AD3d 995, 995-996 [2014]; *Matter of Harris v Prack*, 122 AD3d 981, 981 [2014]). In view of this, and given that petitioner has received all of the relief to which he is entitled, the matter is dismissed as moot (*see Matter of McCaskell v Department of Corr. & Community Supervision*, 128 AD3d 1208, 1208-1209 [2015]; *Matter of Bain v Annucci*, 127 AD3d 1533, 1533 [2015]).

Peters, P.J., McCarthy, Egan Jr. and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.

■ In the Matter of Curtis Owens, Petitioner, v Anthony J. Annucci, as Acting Commissioner of Corrections and Community Supervision, Respondent. [13 NYS3d 914]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., Egan Jr., Rose and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.